

# MEMORANDUM

**To:** Honorable Rya W. Zobel
U.S. District Judge

**From:** Brett L. Wingard
U.S. Probation Officer

**Re:** Dong Van Nguyen - Dkt. #08-CR-10336
**Status Update**

**Date:** 9/4/12

On 5/26/11, Dong Van Nguyen, having previously been convicted of Conspiracy to Distribute and to Possess with Intent to Distribute MDMA and Marijuana, in violation of 21 U.S.C. § 846, was sentenced by the Honorable Nancy Gertner, U.S. District Judge, to 48 months' custody, followed by 36 months' supervised release. The case was subsequently transferred to Your Honor. On 5/1/12, at the request of the Probation Office, the Court clarified the record by formally imposing a special condition of supervised release providing for a 6-month placement at a Residential Re-Entry Center ("RRC").

On 5/7/12, Mr. Nguyen was released from federal custody, and he began his 6-month RRC placement. On 7/9/12, Mr. Nguyen was arrested by the Randolph Police Department and subsequently charged in Norfolk Superior Court (Dkt. #NOCR120602) with Home Invasion (3 counts), Kidnapping (3 counts), and Armed Robbery (4 counts). Mr. Nguyen has been detained in state custody in connection with those charges since 7/9/12.

The events underlying the Norfolk Superior Court charges allegedly occurred in 2007 and 2008. Where Mr. Nguyen's current term of supervision commenced on 5/7/12, that alleged conduct would not represent a violation of his terms of release. Therefore, the Probation Office does not believe that any formal judicial action is warranted at this time. The Probation Office will monitor the state case and notify the Court as appropriate.

2

If the Court has any questions, or if I may be of assistance in any way, please feel free to call me at 617-748-9192, or email me at brett_wingard@map.uscourts.gov.

Reviewed/Approved by:                                         Respectfully submitted by:

/s/ Joseph LaFratta                                                       /s/ Brett L. Wingard
Joseph LaFratta                                                             Brett L. Wingard
Supervising U.S. Probation Officer                              U.S. Probation Officer